# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| OCIE LEE LYNCH, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:25-cv-00567-LCB-JHE |
| PHYLLIS MORGAN, *et al.*, | ) |
| Respondents. | ) |

## ORDER

Petitioner Ocie Lee Lynch filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed *in forma pauperis*. (Docs. 1, 2). On April 28, 2025, the undersigned denied Mr. Lynch's application to proceed *in forma pauperis* and ordered him to pay the $5 filing fee within 30 days. (Doc. 4). Mr. Lynch did not comply with the order. On June 4, 2025, the undersigned entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Lynch's failure to prosecute his claims. (Doc. 5).

Thereafter, Mr. Lynch filed objections to the undersigned's order denying his application to proceed *in forma pauperis*. (Doc. 7). On September 19, 2025, the court overruled Mr. Lynch's objections and ordered him to pay the $5 filing fee within 30 days. (Doc. 13).

On October 8, 2025, Mr. Lynch filed a second application to proceed *in forma pauperis*. (Doc. 14). On October 14, 2025, Mr. Lynch paid the $5 filing fee.

Because Mr. Lynch has paid the filing fee, the undersigned **WITHDRAWS** his report entered June 4, 2025, recommending dismissal based on Mr. Lynch's failure to prosecute his

claims. (Doc. 5). Mr. Lynch's pending application to proceed *in forma pauperis* (Doc. 14) is **DENIED** as **MOOT**.

    DONE this 23rd day of October, 2025.

                                                 **JOHN H. ENGLAND, III**
                                                 UNITED STATES MAGISTRATE JUDGE